LAW OFFICES
RUBIN & SHANG
9 EAST 40TH STREET
NEW YORK, N.Y. 10016
(212) 725-4800

FACSIMILE
(212) 725-4799

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

# MEMO ENDORSED

March 6, 2008

<u>Via facsimile (212-805-6326)</u>

Honorable Colleen McMahon
United States Court House
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement:] 3/6/08 Matter adj to 4/4/08 @ 2:00 PM — Time Excluded through 4/4/08*

Re: <u>United States of America v. Erika Nazario, et al (Indictment No. 07 Cr 1042)</u>

Dear Judge McMahon:

I am the attorney representing the defendant, Erika Nazario, in the above referenced criminal procceding.

This case is scheduled for conference on March 7, 2008. I am hereby requesting an adjournment of the conference until <u>April 4, 2008, at 2:00 PM</u>, the date in which the case, of the co-defendant. Iberca Polanco, was adjourned for conference.

The adjournment is requested with the consent of AUSA Michael Rosensaft, in view of the fact that we are in ongoing talks concerning a resolution of this matter.

The defendant requests this adjournment with the understanding, and does hereby consent to the fact, that the time shall be excluded from speedy trial computations.

Thank you for your consideration.

RUBIN & SHANG

Honorable Colleen McMahon
March 6, 2008
Page 2.

Very truly yours,

Jeffrey M. Rubin

cc: Via facsimile (212) 637-2387
AUSA Michael Rosensaft